FILED
U.S. DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT OF MARYLAND
FOR THE DISTRICT OF MARYLAND
2016 OCT -6  AM 10: 54

CLERK'S OFFICE
AT BALTIMORE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. BPG-16-0490 |
| | ) | |
| TRAVIS REYNOLDS | ) | |

## INFORMATION

The Principal Deputy Assistant Attorney General of the United States Department of Justice, Civil Rights Division, hereby charges:

On or about February 24 and 25, 2016, in the District of Maryland, the defendant,

**TRAVIS REYNOLDS,**

intentionally damaged the property of the Whole Woman's Health of Baltimore clinic by defacing the clinic's doors, walls, and windows with spray paint, because the clinic provided reproductive health services.

18 U.S.C. § 248(a)(3).

_____ /R.M./
VANITA GUPTA
Principal Deputy Assistant Attorney General
Civil Rights Division
United States Department of Justice

10/6/16
Date